# Court of Appeals
# of the State of Georgia

ATLANTA,   April 27, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1653. NORMA F. FITZPATRICK, et al. v. MADISON COUNTY BOARD OF TAX ASSESSORS, et al.**

Norma F. Fitzpatrick and two other taxpayers sued the Madison County Board of Tax Assessors and its individual members, seeking declaratory and other relief in connection with their separate tax appeal. The trial court entered an order that, among other things, directed the Madison County Board of Equalization to immediately certify the taxpayers' appeal to the superior court. From that order, the taxpayers have appealed to this Court.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006). "Mandamus is an extraordinary remedy to compel a public officer to perform a required duty when there is no other adequate legal remedy." (Punctuation and citation omitted.) *Bland Farms, LLC v. Georgia Department of Agriculture*, 281 Ga. 192, 193 (637 SE2d 37) (2006). Although the taxpayers' action was not styled as one for mandamus relief, we are mindful that substance controls over nomenclature. *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010). Because the order on appeal appears to grant mandamus relief, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/27/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


                                              *, Clerk.*